**Derek N. JARVIS, Plaintiff—Appellant,**

v.

**MONTGOMERY COUNTY, MARYLAND; Isiah Leggett; Montgomery County Sheriff's Office; Contractor Securitas Security, Defendants—Appellees.**

No. 11–2281.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2012.

Decided: Feb. 27, 2012.

Derek N. Jarvis, Appellant Pro Se. Edward Barry Lattner, Patricia Prestigiacomo Via, County Attorney's Office, Rockville, Maryland; Hugh Scott Curtis, Roger L. Wolfe, Office of the Attorney General of Maryland, Baltimore, Maryland; Edward Victor Arnold, James A. Rothschild, Anderson, Coe & King, Baltimore, Maryland, for Appellees.

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis seeks to appeal the district court's order granting and denying various motions filed in his civil action. Although the order dismissed some defendants from the action, Contractor Securitas Security remains a party to the action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Jarvis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*